United States District Court
Southern District of ...
FILED

MAY 1 7 2004

Michael N. Milby,
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. B-04-068 |
| | § | |
| SEARS, ROEBUCK AND CO. | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Defendant Sears, Roebuck and Co. ("Defendant"), files this, its Certificate of Interested Parties, listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation as follows:

1. <u>Sears, Roebuck and Co.</u>, Defendant

2. Amalia Perez, Plaintiff

If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then Defendant will promptly file an amended certificate with the Clerk.

HO1 13047184.1

                                                      Respectfully submitted,

                                                      SEYFARTH SHAW LLP

By: _____

                                                   Mark J. Oberti
                                                 State Bar No. 00789951
                                                 700 Louisiana Street, Suite 3700
                                                 Houston, Texas 77002
                                                 (713) 225-2300 - Telephone
                                                 (713) 225-2340 - Facsimile

                                                 ATTORNEY FOR DEFENDANT
                                                 SEARS, ROEBUCK AND CO.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by certified mail, return receipt requested, on the 12th day of May, 2004.

      Richard E. Zayas
      3100 E. 14th St.
      Brownsville, Texas 78521

                                                 _____
                                                 Mark J. Oberti

HO1 13047184.1