IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. B-04-068 |
| | § | |
| SEARS, ROEBUCK AND CO. | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND ITS TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant Sears, Roebuck and Co. ("Defendant" or "Sears"), files this Unopposed Motion to Extend its Time to Answer or Otherwise Respond to Plaintiff's Original Complaint, extending the time for Sears to respond until June 15, 2004. Attached as Exhibit A is a letter signed by Plaintiff's counsel, Richard Zayas, agreeing to this extension.

This motion is necessitated by the fact that Sears' in-house counsel assigned to this case is on a previously scheduled vacation until May 24, 2004, and will need some time afterwards to review this matter and any proposed answer or other response to Plaintiff's Original Complaint before it is filed.

This motion is not sought for purposes of delay, but rather so that justice may be done. Also, granting this motion will not affect any of the current deadlines in this case.

WHEREFORE Defendant respectfully requests that the Court grant its motion for extension until June 15, 2004, to answer or otherwise respond to Plaintiff's Original Complaint. A proposed order is enclosed.

HO1 13047662.1

Respectfully submitted,

SEYFARTH SHAW LLP

By: _____
Mark J. Oberti
State Bar No. 00789951
S.D. Texas I.D. No. 17918
700 Louisiana Street, Suite 3700
Houston, Texas 77002
(713) 225-2300 - Telephone
(713) 225-2340 - Facsimile

ATTORNEY-IN-CHARGE FOR DEFENDANT
SEARS, ROEBUCK AND CO.

OF COUNSEL:

Anouchka M. Oppinger
State Bar No. 24007782
S.D. Texas I.D. No. 24366
SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002
(713) 225-2300 – Telephone
(713) 225-2340 – Facsimile

## CERTIFICATE OF CONFERENCE

As reflected in the attached Exhibit A, I have contacted Plaintiff's counsel, Richard Zayas, regarding the instant motion, and he has indicated he is unopposed to same.

_____

Mark J. Oberti

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by certified mail, return receipt requested, on the 19th day of May, 2004.

Richard E. Zayas
3100 E. 14th St.
Brownsville, Texas 78521



Mark J. Oberti

HO1 13047662.1



# SEYFARTH SHAW LLP
### ATTORNEYS

700 Louisiana Street
Suite 3700
Houston, TX 77002-2797

713-225-2300
fax 713-225-2340
www.seyfarth.com

Writer's direct phone
713-225-0285

Writer's e-mail
moberti@seyfarth.com

MAY 13 2004
BY:

May 12, 2004

**VIA FACSIMILE**

Mr. Richard E. Zayas
Attorney at Law
3100 E. 14th Street
Brownsville, Texas 78521

Re:  Civil Action No. B-04-068; *Amalia Perez v. Sears, Roebuck and Co.*; in the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Zayas:

The undersigned and the law firm of Seyfarth Shaw LLP represents Defendant Sears, Roebuck and Co. in connection with the above-referenced matter. The purpose of this letter is to request an extension of time up to and including June 15, 2004, to answer or otherwise respond to Plaintiff's Original Complaint. If you are agreeable to this extension, please sign below and fax back to me at your earliest convenience.

Should you have any questions, please do not hesitate to give me a call. Thank you in advance for your professional courtesy in this regard.

Sincerely,

SEYFARTH SHAW LLP

Mark J. Oberti

**AGREED TO:**

_____
Richard Zayas, Counsel for Plaintiff

MJO/jt



EXHIBIT A

HO1 13047315.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA