IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



MAY 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| Plaintiff, | § | |
| V. | § | CASE NO. B-04-068 |
| SEARS, ROEBUCK AND CO. | § | |
| Defendant. | § | |

## ORDER

Came on this day to be considered the Defendant's Unopposed Motion to Extend its Time to Answer or Otherwise Respond to Plaintiff's Original Complaint (Docket No. 5), and the Court finding good cause for granting the same, it is hereby

ORDERED THAT Defendant Sears, Roebuck and Co. be granted an extension of time to and including June 15, 2004, in which to answer or otherwise plead in response to Plaintiff's Original Complaint.

SIGNED this 21st day of MAY, 2004.

_____
HONORABLE UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

HO1 13047662.1