THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

JUL 1 6 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-04-068    DATE & TIME:    07-15-04 AT 2:00 P.M.

AMALIA PEREZ    PLAINTIFF(S) COUNSEL    RICHARD ZAYAS

VS.

SEARS, ROEBUCK & COMPANY    DEFENDANT(S) COUNSEL    MARK OBERTI

---

Attorney Richard Zayas appeared in chambers. Attorney Mark Oberti appeared telephonically.

Scheduling dates were selected.