IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 1 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-068 |
| | § | |
| SEARS, ROEBUCK AND CO. | § | |

### ORDER

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **June 1, 2005.** If additional time is required, a motion requesting such extension must be filed no later than **May 18, 2005.** Failure to file such motion shall preclude further discovery.

(2) Dispositive motion must be filed no later than **August 5, 2005.** Response is due no later than **September 5, 2005.**

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **October 11, 2005.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) A final pretrial and settlement conference is set for **October 11, 2005 at 1:30 p.m.**

(5) Final Pretrial is set for **November 2005** before Judge Andrew S. Hanen.
Jury selection is set for **November 2005** before Judge Andrew S. Hanen.
Parties will be notified by the Court with dates for the above settings.

(6) Trial on the merits is set for **November 2005**, docket call.

DONE at Brownsville, Texas, on this 15th day of July, 2004.

_____
John Wm. Black
United States Magistrate Judge