United States District Court
Southern District of Texas
FILED

JAN 10 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMALIA PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-068 |
| | § | |
| SEARS, ROEBUCK AND COMPANY, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS ANSWER**

Defendant Sears, Roebuck and Company ("Sears") files this unopposed motion for leave to amend its answer, showing in support as follows:

1. Sears files this unopposed motion for leave to file the attached Amended Answer, that is exactly like its Original Answer, except that it pleads judicial estoppel and lack of standing as affirmative defenses (*see* Ex. A). Sears did not assert these affirmative defenses in its Original Answer because at the time it was filed it did not know that the defenses were available. It has since learned of these defenses.

2. Leave to amend should be freely given, Fed. R. Civ. P. 15(a), and outright refusal to grant leave to amend without a justification such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." is considered an abuse of discretion. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

3. In this case, there is no reason to deny Sears' unopposed motion for leave to amend to plead the affirmative defenses of judicial estoppel and lack of standing. Although there

is no need for discovery on the issue, the discovery deadline is not until June 1, 2005. Further, granting Sears' motion for leave to amend will not delay any pending deadline.

Accordingly, Sears respectfully prays that the Court grant its unopposed motion for leave to amend its answer, and for all other relief to which it is justly entitled.

Respectfully submitted,

SEYFARTH SHAW LLP

By:________________________________

Mark J. Oberti
Texas Bar No. 00789951
Southern District ID No. 17918
700 Louisiana Street, Suite 3700
Houston, Texas 77002-2731
Telephone (713) 225-2300
Facsimile (713) 225-2340

ATTORNEY-IN-CHARGE FOR DEFENDANT

OF COUNSEL

SEYFARTH SHAW LLP
700 Louisiana Street, Suite 3700
Houston, Texas 77002-2731
Telephone (713) 225-2300
Facsimile (713) 225-2340

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Plaintiff's counsel in good faith regarding whether or not Plaintiff was opposed to the granting of this motion and that he informed me that Plaintiff is not opposed to the granting of this motion.



Mark J. Oberti

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon the counsel of record listed below by U.S. certified mail, return receipt requested on the 5th day of January 2005.

Richard E. Zayas
3100 E. 14th Street
Brownsville, Texas 78521



Mark J. Oberti