B-04-068

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First Middle) | Name of Joint Debtor (Spouse) (If individual, enter Last, First Middle) |
|---|---|
| **PEREZ, AMALIA** | |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names) | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names) |
|---|---|
| | |

| Social Security/Tax Identification No (If more than one, state all) | Social Security/Tax Identification No (If more than one, state all) |
|---|---|
| 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 | |

| Street Address of Debtor (No and Street, City, State and Zip Code) | Street Address of Joint Debtor (No and Street, City, State and Zip Code) |
|---|---|
| **2206 NTH 7TH ST. APT#3** **HARLINGEN, TX 78550** | |

| County of Residence or of the Principal Place of Business | County of Residence or of the Principal Place of Business |
|---|---|
| **CAMERON** | |

| Mailing Address of Debtor (if different from street address) | Mailing Address of Joint Debtor (if different from street address) |
|---|---|
| **2206 NTH 7TH ST. APT#3** **HARLINGEN, TX 78550** | |

**01-23967  B 13**

| Location of Principal Assets of Business Debtor (if different from street address above) |
|---|
| |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**   (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

**Type of Debtor** (Check all boxes that apply)

☑ Individual(s)     ☐ Railroad
☐ Corporation     ☐ Stockbroker
☐ Partnership     ☐ Commodity Broker
☐ Other_____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7     ☐ Chapter 11     ☑ Chapter 13
☐ Chapter 9     ☐ Chapter 12
☐ Section 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☑ Consumer/Non-Business     ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined by 11 U.S.C Sec 101
☐ Debtor is & elects to be considered a small business under 11 U.S.C § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments Rule 1006(b) See Official Form 3

**Statistical/Administrative Information**     (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors

**THIS SPACE IS FOR COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-Over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100 000 | $100,001 to $500,000 | $500,001 to $1 million | 1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition (page 2)**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)    **AMALIA PEREZ** | |
|---|---|---|

| **Prior Bankruptcy Case(s) Filed Within Last 6 Years**  (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed | Case Number | Date Filed: |
| Location Where Filed | Case Number | Date Filed |

| **Pending Bankruptcy Case(s) Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor | Case Number | Date Filed |
| District | Relationship | Judge |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition |
| X _*Amalia Perez*_<br>**AMALIA PEREZ** | X _____ |
| X _____ | Printed Name of Authorized Individual |
| Telephone Number (If not represented by an attorney)<br>_11-20-01_<br>Date | Title of Authorized Individual<br><br>Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X _William A. Csabi_<br>**WILLIAM A. CSABI**        Bar No. 05197800<br><br>**William A. Csabi**<br>**819 N. 77 Sunshine Strip**<br>**Harlingen, TX 78550**<br><br>Phone No.**(956) 412-2727**        Fax No.**(956) 412-2728**<br>_11-20-01_<br>Date | I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document<br><br>Printed Name of Bankruptcy Petition Preparer<br><br>Social Security Number<br><br>Address |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e g , forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br>☐ Exhibit A is attached and made a part of this petition | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person<br><br>X _____<br>Signature of Bankruptcy Petition Preparer |
|---|---|
| **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner named in the foregoing petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter<br>X _William A. Csabi_     _11-20-01_<br>**WILLIAM A. CSABI**        Date | Date<br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U S C § 110, 18 U S C § 156) |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ,  Debtor**

CASE NO

CHAPTER   **13**

## SCHEDULE A (REAL PROPERTY)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 708 W. SCHUNIOR EDINGBURG, TX 78539 TOWNSITE LOT 4 BLK 93 | HOMESTEAD | - | $33,000.00 | $29,462.39 |
| | | | $33,000.00 | $29,462.39 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: **AMALIA PEREZ**

CASE NO

CHAPTER **13**

## SCHEDULE B (PERSONAL PROPERTY)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1 Cash on hand | X | | | |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives | | IBC<br>501 S. DIXIELAND RD.<br>HARLINGEN, TX 78550 | - | $60.00 |
| 3 Security deposits with public utili-ties, telephone companies, landlords, and others | X | | | |
| 4 Household goods and furnishings including audio, video and computer equipment | | 1 SOFA, 1 RECLINER, 2 END TABLES, 1 STEREO, 1 MICROWAV OVEN, 1 WASHER, 1 DRYER, 1 BED, 1 DRESSER, 2 CHEST OF DRAWERS, 12 TOWELS & LINENS | - | $445.00 |
| | | 1 TV , 1 TOOLBOX, 1 VCR | - | $100.00 |
| 5 Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collect-ions, or collectibles | | 1 CAMERA | - | $15.00 |
| 6 Wearing apparel | | 20 BLOUSES, 2 SHOES,     JEANS | - | $180.00 |
| 7 Furs and jewelry | | 1 WATCH, 1 NECKLACE | - | $105.00 |
| 8 Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9 Interests in insurance policies Name insurance company of each policy and itemize surrender and refund value of each | X | | | |
| | | | Total > | $905.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:  **AMALIA PEREZ**                                          CASE NO

                                                                 CHAPTER   **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No  1*

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10 Annuities  Itemize and name each issuer | X | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Itemize | X | | | |
| 12 Stock and interests in incorporated and unincorporated businesses  Itemize | X | | | |
| 13 Interests in partnerships or joint ventures Itemize | X | | | |
| 14 Government and corporate bonds and other negotiable and non-negotiable instruments | X | | | |
| 15 Accounts receivable | X | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17 Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in the Schedule of Real Property | X | | | |
| | | | Total > | $905.00 |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE: **AMALIA PEREZ**

CASE NO

CHAPTER    **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 2*

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21  Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22  Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories | | 1998 CHEVY PLU S-10 | - | $8,400.00 |
| | | 1998 FORD THUNDERBIRD | - | $6,570.00 |
| 24  Boats, motors, and accessories | X | | | |
| 25  Aircraft and accessories | X | | | |
| 26  Office equipment, furnishings, and supplies | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business | X | | | |
| 28  Inventory | X | | | |
| 29  Animals | X | | | |
| | | | Total > | $15,975.00 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE   **AMALIA PEREZ**                                          CASE NO

                                                                 CHAPTER    **13**

## SCHEDULE B (PERSONAL PROPERTY)

*Continuation Sheet No. 3*

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30  Crops - growing or harvested  Give particulars | X | | | |
| 31  Farming equipment and implements | X | | | |
| 32  Farm supplies, chemicals, and feed | X | | | |
| 33  Other personal property of any kind not already listed   Itemize | X | | | |
| | | | Total  > | $15,975.00 |

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**                                    CASE NO

                                                           CHAPTER   **13**

## SCHEDULE C (PROPERTY CLAIMED AS EXEMPT)

Debtor elects the exemptions to which debtor is entitled under  (Check one box)

☐ 11 U.S.C  Sec  522(b)(1)  Exemptions provided in 11 U S.C  Sec  522(d). Note. These exemptions are available only in certain states

☑ 11 U.S.C  Sec  522(b)(2).  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 708 W. SCHUNIOR EDINGBURG, TX 78539 TOWNSITE LOT 4 BLK 93 | Const. Art  16 Secs  50,51 / Property Code Sec 41 001,41 002 | $3,537.61 | $33,000.00 |
| IBC 501 S. DIXIELAND RD. HARLINGEN. TX 78550 | Texas Property Code Secs  42 001(a), 42 002(a)(2) | $60.00 | $60.00 |
| 1 SOFA, 1 RECLINER, 2 END TABLES, 1 STEREO, 1 MICROWAVE OVEN, 1 WASHER, 1 DRYER, 1 BED, 1 DRESSER, 2 CHEST OF DRAWERS, 12 TOWELS & LINENS | Texas Property Code Secs  42 001(a), 42 002(a)(1) | $445.00 | $445.00 |
| 1 TV , 1 TOOLBOX, 1 VCR | Texas Property Code Secs  42 001(a), 42.002(a)(1) | $100.00 | $100.00 |
| 1 CAMERA | Texas Property Code Secs  42 001(a), 42 002(a)(4) | $15.00 | $15.00 |
| 20 BLOUSES, 2 SHOES,      JEANS | Texas Property Code Secs  42 001(a), 42 002(a)(5) | $180.00 | $180.00 |
| 1 WATCH. 1 NECKLACE | Texas Property Code Secs  42 001(a), 42 002(a)(6) | $105.00 | $105.00 |
| 1998 CHEVY PLU S-10 | Texas Property Code Secs  42 001(a), 42 002(a)(9) | $0.00 | $8,400.00 |
| | | $4,442.61 | $42,305.00 |

IN RE  **AMALIA PEREZ**
_____
Debtor

_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

☐ Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:  R164046 E3300-00-93-0004-00<br><br>**ARMANDO BARRERA JR. RTA TAX ASS**<br>**PO BOX 178**<br>**EDINBURG, TX 78540-0178** | | · | DATE INCURRED<br>NATURE OF LIEN<br>**Taxes**<br>COLLATERAL<br>**HOMESTEAD**<br>REMARKS<br><br>COLLATERAL VALUE        **$8,118.28** | | | | **$2,901.65** | |
| ACCT #:  4015<br><br>**ATLAS CREDIT CO**<br>**201 SO. COMMERCE**<br>**HARLINGEN, TX 78550** | | · | DATE INCURRED<br>NATURE OF LIEN<br>**Non-Purchase Money**<br>COLLATERAL<br>**TV & VCR**<br>REMARKS<br><br>COLLATERAL VALUE        **$150.00** | | | | **$484.38** | **$334.38** |
| ACCT #:  06421013-0206754<br><br>**CITI FINANCIAL MORTGAGE**<br>**1111 NORTH POINT DR.**<br>**COPPELL, TX 75019** | | · | DATE INCURRED<br>NATURE OF LIEN<br>**FINANCING FOR**<br>COLLATERAL<br>**HOMESTEAD**<br>REMARKS<br>**DEBTOR WILL CONTINUE TO PAY**<br>**DIRECT IN JAN. 2002**<br><br>COLLATERAL VALUE        **$33,000.00** | | | | **$24,881.72** | |
| ACCT #:  06421013-0206754<br><br>**CITIFINANCIAL**<br>**1111 NORTH POINT DR**<br>**COPPELL, TX 75019** | | · | DATE INCURRED        **Various**<br>NATURE OF LIEN<br>**Arrearage claim**<br>COLLATERAL<br>**HOMESTEAD**<br>REMARKS<br>**ARREARAGE FOR MONTHS OF OCT,**<br>**NOV, DEC WILL PAY DIRECT IN JAN**<br>**2002**<br>COLLATERAL VALUE        **$4,463.11** | | | | **$925.50** | |
| ACCT #:  31549-9<br><br>**CITIFINANCIAL**<br>**PO BOX 3048**<br>**BROWNSVILLE, TX 78523** | | · | DATE INCURRED<br>NATURE OF LIEN<br>**FINANCING FOR**<br>COLLATERAL<br>**1996 FORD THUNDERBIRD**<br>REMARKS<br>**DEBTOR WILL SURRENDER VEHICLE**<br>**IN LIEU OF PAYMENT**<br>COLLATERAL VALUE        **$6,670.00** | | | | **$6,470.00** | |

_____1_____  continuation sheets attached

| | | |
|---|---|---|
| Total for this Page (Subtotal) > | **$35,663.25** | **$334.38** |
| Running Total > | **$35,663.25** | **$334.38** |

IN RE  **AMALIA PEREZ**
_____
Debtor
_____
Joint Debtor

CASE NO _____
(If Known)

CHAPTER  **13**

## SCHEDULE D (CREDITORS HOLDING SECURED CLAIMS)

### Continuation Sheet No. 1

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 31549-9<br><br>**CITIFINANCIAL<br>PO BOX 3048<br>BROWNSVILLE, TEXAS 78521** | | - | DATE INCURRED<br>NATURE OF LIEN<br>**Non-Purchase Money**<br>COLLATERAL<br>**TV & TOOLBOX**<br>REMARKS<br><br>COLLATERAL VALUE     $100.00 | | | | $200.00 | $100.00 |
| ACCT #: E3300-00-93-0004-00<br><br>**CITY OF EDINBURG<br>P.O. BOX 1079<br>EDINGBURG, TX 78540-1079** | | - | DATE INCURRED<br>NATURE OF LIEN<br>**Taxes**<br>COLLATERAL<br>**HOMESTEAD**<br>REMARKS<br><br>COLLATERAL VALUE     $5,216.63 | | | | $753.52 | |
| ACCT #: 3919<br><br>**SUN LOAN<br>205 SO. COMMERCE AVE<br>HARLINGEN, TX 78550** | | - | DATE INCURRED<br>NATURE OF LIEN<br>**Non-Purchase Money**<br>COLLATERAL<br>**TV & VCR**<br>REMARKS<br><br>COLLATERAL VALUE     $150.00 | | | | $415.85 | $265.85 |
| ACCT #: 507249201<br><br>**TEXAS STATE BANK<br>115 E. VAN BUREN<br>HARLINGEN, TX 78550** | | - | DATE INCURRED<br>NATURE OF LIEN<br>**FINANCING FOR**<br>COLLATERAL<br>**1998 CHEVY PLUS S-10**<br>REMARKS<br><br>COLLATERAL VALUE     $8,400.00 | | | x | $8,400.00 | $0.00 |
| ACCT #: | | | DATE INCURRED<br>NATURE OF LIEN<br><br>COLLATERAL<br><br>REMARKS<br><br>COLLATERAL VALUE | | | | | |

| | Total for this Page (Subtotal) > | $9,769.37 | $365.85 |
|---|---|---|---|
| | Running Total > | $45,432.62 | $700.23 |

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**                                          CASE NO

                                                                 CHAPTER  **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
*Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U.S.C  Sec  507(a)(2)*

☐ **Wages, salaries, and commissions**
*Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4,650* per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided by 11 U.S.C. Sec 507(a)(3)*

☐ **Contributions to employee benefit plans**
*Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S C  Sec. 507(a)(4).*

☐ **Certain farmers and fishermen**
*Claims of certain farmers and fishermen, up to a maximum of $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5)*

☐ **Deposits by individuals**
*Claims of individuals up to a maximum of $2,100* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided  11 U.S.C. Sec. 507(a)(6)*

☐ **Alimony, Maintenance, or Support**
*Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. Sec  507(a)(7).*

☐ **Taxes and certain other debts owed to governmental units**
*Taxes, customs duties, and penalties owing to federal, state, and local government units as set forth in 11 U.S.C  Sec. 507(a) (8).*

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
*Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution  11 U.S.C  Sec  507(a)(9)*

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
*Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C Secs. 326, 328, 329 and 330.*

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment  The amounts shown above were effective beginning April 1, 2001.*

_____**1**_____ continuation sheets attached

IN RE  **AMALIA PEREZ** _____
                    Debtor

_____
                 Joint Debtor

CASE NO  _____
                      (If Known)

CHAPTER  **13**

## SCHEDULE E (CREDITORS HOLDING UNSECURED PRIORITY CLAIMS)

### Continuation Sheet No. 1

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>William A. Csabi<br>819 N. 77 Sunshine Strip<br>Harlingen, Texas | | | DATE INCURRED  11/15/2001<br>CONSIDERATION<br>Attorney Fees<br>REMARKS | | | | $1,375.00 | $1,375.00 |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |
| ACCT #: | | | DATE INCURRED<br>CONSIDERATION<br><br>REMARKS | | | | | |

|  | Total for this Page (Subtotal) > | $1,375.00 | $1,375.00 |
|---|---|---|---|
|  | Running Total > | $1,375.00 | $1,375.00 |

IN RE  **AMALIA PEREZ** _____
                              Debtor

_____
                          Joint Debtor

CASE NO _____
                    (If Known)

CHAPTER  **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #  **CK 1958**<br>**BEST TEXAS FINANCIAL CORPORATION**<br>**PO BOX 50191**<br>**MINNEAPOLIS, MN 55405** | | | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS<br>**BANK OF REHOBOTH BEACH**<br>**NATIONAL ARBITRATION FORM**<br>**CK# 1958 (PAY DAY LOAN)** | | | | $360.00 |
| ACCT #  **2482**<br>**BUDGET LOAN**<br>**224 E. JACKSON**<br>**HARLINGEN, TX 78550** | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS<br>**NO COLLATERAL** | | | | $380.53 |
| ACCT #  **1436**<br>**CASH AMERICAN**<br>**1600 WEST SEVENTH STREET**<br>**FORT WORHT, TX 76102**<br>**1-800-645-2199** | | · | DATE INCURRED<br>CONSIDERATION<br>**Collecting for -FIRST NATIONAL BANK**<br>REMARKS<br>**PAY DAY LOAN** | | | | $354.00 |
| ACCT #  **4227097299253729**<br>**CROSS COUNTRY BANK**<br>**PO BOX 1335**<br>**BUFFALO, NY 14240** | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS<br>**THIS ACCT HAS BEEN SENT TO CREDITORS INTERCHANGE**<br>**ACCT# 4314699172**<br>**PO BOX 1335 BUFFALO, NY 14240-1335** | | | | $432.38 |
| ACCT #  **644**<br>**DELTA LOAN FINANCE**<br>**222 E JACKSON**<br>**HARLINGEN, TX 78550** | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $400.19 |
| ACCT #  **545S000401456187**<br>**DIRECT MERCHANTS CREDIT**<br>**PO BOX 21849**<br>**TULSA, OK 74121-1849** | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $3,145.71 |
| ACCT #  **7055**<br>**ECONOMY FINANCE CO. INC**<br>**223 E. JACKSON**<br>**HARLINGEN, TX 78550** | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $677.01 |

____**2**____ continuation sheets attached

Total for this Page (Subtotal) >  | $5,749.82

Running Total >  | $5,749.82

IN RE  AMALIA PEREZ
_____
                        Debtor
_____
                     Joint Debtor

CASE NO _____
                              (If known)

CHAPTER  13

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
Continuation Sheet No. 1

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #  3114<br>El Centro Finance<br>111 S. 2nd St.<br>Harlingen, TX 78550 | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $286.10 |
| ACCT #  4921<br>Elite<br>214 North 1st<br>Harlingen, TX 78550 | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $630.59 |
| ACCT #  176-7447-095<br>FINGERHUT NATIONAL BANK<br>PO BOX 1100<br>ST. CLOUD, MN 56396 | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $750.00 |
| ACCT #  5770914919833758-A<br>FIRST CONSUMER INTL BANK<br>PO BOX 19008<br>HAUPPAUGE, NY 11788-9808 | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS<br>THIS ACCT. SENT TO ATTN: MITCHELL N. KEY<br>REF:2923194-13/ ADDRESS 7 PENN PLAZA<br>NEW YORK, NY 10001-3995 | | | | $233.48 |
| ACCT #  5433624514241<br>FIRST PREMIER BANK<br>601 SOUTH MINNESOTA AVE.<br>SIOUX FALLS, SD 57104 | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $400.00 |
| ACCT #  1736<br>HOLIDAY FINANCE<br>123 W. JACKSON<br>HARLINGEN, TX 78550<br>(956) 0025 | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $352.00 |
| ACCT #  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<br>IRS<br>PO BOX 149047<br>AUSTIN, TEXAS 78714 | | · | DATE INCURRED<br>CONSIDERATION<br>**Taxes**<br>REMARKS | | | | $668.00 |
| | | | Total for this Page (Subtotal) > | | | | $3,320.17 |
| | | | Running Total > | | | | $9,869.99 |

IN RE  **AMALIA PEREZ**

_____
Debtor

_____
Joint Debtor

CASE NO _____
                                    (If Known)

CHAPTER  **13**

## SCHEDULE F (CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS)
### Continuation Sheet No. 2

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #  **14805**<br>**PERSONAL CREDIT**<br>**315 E JACKSON**<br>**HARLINGEN ,TX 78550**<br>**425-3914** | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $682.00 |
| ACCT #  **46731**<br>**SECURITY FINANCE**<br>**115 WEST JACKSON**<br>**HARLINGEN, TEXAS 78550** | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $635.10 |
| ACCT #  **833-461-408-6570**<br>**SEVENTH AVENUE**<br>**PO BOX 2804**<br>**MONROE, WI 53566** | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $134.64 |
| ACCT #  **5922676-310**<br>**UNITED CREDIT NATIONAL BANK**<br>**2601 NW EXPRESSWAY. STE. 1000 EAST**<br>**OKLAHOMA CITY, OK 73112-7236** | | · | DATE INCURRED<br>CONSIDERATION<br>**Credit Card**<br>REMARKS | | | | $808.89 |
| ACCT #  **65503476**<br>**WELLS FARGO FINANCIAL**<br>**4143 121 ST.**<br>**URBANDALE, IA 50323** | | · | DATE INCURRED<br>CONSIDERATION<br>**LOAN**<br>REMARKS | | | | $938.00 |
| ACCT # | | | DATE INCURRED<br>CONSIDERATION<br>REMARKS | | | | |
| ACCT # | | | DATE INCURRED<br>CONSIDERATION<br>REMARKS | | | | |

Total for this Page (Subtotal) >  $3,198.63

Running Total >  $12,268.62

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**                                        CASE NO

                                                               CHAPTER  **13**

## SCHEDULE G (EXECUTORY CONTRACTS AND UNEXPIRED LEASES)

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST   STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY   STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**                                     CASE NO

                                                            CHAPTER    **13**

## SCHEDULE H (CODEBTORS)

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**

CASE NO

CHAPTER   **13**

## SCHEDULE I (CURRENT INCOME OF INDIVIDUAL DEBTOR(S))

| Debtor's Marital Status | Dependents of Debtor and Spouse (Names, Ages and Relationships) | | | | |
|---|---|---|---|---|---|
| | Name | Age | Relationship | Name | Age Relationship |
| **Single** | | | | | |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | **SERVICE TECHNICIAN<br>SEARS AUTOMOTIVE #6650<br>SEVEN YEARS<br>2002 SO. EXPRESSWAY 83<br>HARLINGEN, TX 78550<br>(956) 421-5390** | |

| Income:  (Estimate of average monthly income) | *DEBTOR* | *SPOUSE* |
|---|---|---|
| Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,018.90 | |
| Estimated monthly overtime | $0.00 | |
| *SUBTOTAL* | **$2,018.90** | |
| LESS PAYROLL DEDUCTIONS | | |
|     A. Payroll taxes (includes social security tax if B. is zero) | $192.63 | |
|     B  Social Security Tax | $0.00 | |
|     C  Insurance | $0.00 | |
|     D. Union dues | $0.00 | |
|     E. Retirement | $0.00 | |
|     F. Other (specify)    MEDICAL /HMO PRE-TAX | $64.00 | |
|     G Other (specify)    FED OASDI/DISABILITY-EE | $121.20 | |
|     *SUBTOTAL OF PAYROLL DEDUCTIONS* | **$377.83** | |
| *TOTAL NET MONTHLY TAKE HOME PAY* | **$1,641.07** | |
| Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | |
| Income from real property | $0.00 | |
| Interest and dividends | $0.00 | |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or<br>    that of the dependents listed above | $0.00 | |
| Social Security or other government assistance (specify) | $0.00 | |
| Pension or retirement income | $0.00 | |
| Other monthly income (specify below) | | |
|     1 | $0.00 | |
|     2 | $0.00 | |
|     3. | $0.00 | |
| *TOTAL MONTHLY INCOME* | **$1,641.07** | |

## TOTAL COMBINED MONTHLY INCOME  $1,641.07    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE: **AMALIA PEREZ**                                    CASE NO

                                                            CHAPTER   **13**

## SCHEDULE J (CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S))

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  If box is checked, complete a separate
   schedule of expenditures labeled "Spouse "

| | |
|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) ................................................................ | $480.00 |
| Are real estate taxes included?   ☐Yes  ☑No | |
| Is property insurance included?   ☐Yes  ☑No | |
| **Utilities:**  Electricity and heating fuel ............................................................................ | $101.00 |
| Water and sewer ........................................................ | $35.49 |
| Telephone ....................................................................... | $25.00 |
| Other. ................................................................................ | |
| Home maintenance (repairs and upkeep) ................................................................. | |
| Food............................................................................................... | $150.00 |
| Clothing............................................................................................ | $10.00 |
| Laundry and dry cleaning ............................................................ | $10.00 |
| Medical and dental expenses (not covered by insurance) .... | $15.00 |
| Transportation (not including car payments) ......................... | $80.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc .. | $5.00 |
| Charitable contributions ................................................................. | |
| **Insurance**  (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's ........................................... | $40.00 |
| Life ................................................................................ | |
| Health ............................................................................ | |
| Auto ................................................................................ | $94.00 |
| Other: FED FICA MED HOSPITAL INS/EE............................. | $192.63 |
| Taxes (not deducted from wages or included in home mortgage payments) | $42.00 |
| Specify: TAXES | |
| **Installment payments:** (In Chapter 12 and 13 cases, do not list payments included in the plan) | |
| Auto . . ................................................................ | |
| Other: ................................................................. | |
| Other: ................................................................. | |
| Other: ................................................................. | |
| Alimony, maintenance, and support paid to others ................................. | |
| Payments for support of additional dependents not living at debtor's home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other: ........ ................................................................. | |
| Other: ........ ................................................................. | |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$1,280.12** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular
interval

| | |
|---|---:|
| A. Total projected monthly income ........................................................................................ | $1,641.07 |
| B. Total projected monthly expenses (including separate spouse budget if applicable) | $1,280.12 |
| C. Excess income (A minus B)  .... ................................................................. | $360.95 |
| D. Total amount to be paid into plan each      **Monthly**      (interval) | $360.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:  **AMALIA PEREZ**                                                CASE NO

                                                                          CHAPTER   **13**

## SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $33,000.00 | | |
| B - Personal Property | Yes | 4 | $15,975.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $45,432.62 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | $1,375.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $12,268.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,641.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,280.12 |
| Total Number of Sheets of ALL Schedules  > | | 17 | | | |
| Total Assets  > | | | $48,975.00 | | |
| Total Liabilities  > | | | | $59,076.24 | |

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE.  **AMALIA PEREZ**

CASE NO

CHAPTER  **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### *DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR*

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**18**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __11/20/2001__

Signature _~~Amalia Perez~~_
**AMALIA PEREZ**

Date _____

Signature _____

*Penalty for making a false statement or concealing property·  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**                                                    CASE NO

                                                                                     CHAPTER    **13**

## STATEMENT OF FINANCIAL AFFAIRS

United States District Court
Southern District of Texas
FILED

**NOV 2 9 2001**

Michael N. Milby, Clerk of Court

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (If more than one) |
|---|---|
| $19,705.00 | AS PER 1999 TAX RETURN |
| $23,895.00 | AS PER 2000 TAX RETURN |
| $21,198.49 | YEAR TO DATE  INCOME |

---

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

---

**3. Payments to creditors**

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☑

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

---

None
☑

b  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

IN RE: **AMALIA PEREZ**                                              CASE NO

                                                                    CHAPTER   **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No  1*

---

**5. Repossessions, foreclosures and returns**

None
☑            List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None
☑            a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑            b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None
☑            List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None
☑            List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None
☐            List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **WILLIAM A. CSABI**<br>**819 N. 77 SUNSHINE STRIPP**<br>**HARLINGEN, TX 78550** | | **$200.00 ATTORNEY FEES**<br>**$185.00 FILING FEES** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  **AMALIA PEREZ**                                          CASE NO

                                                              CHAPTER  **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**10. Other transfers**

None ☑

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed )

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case  If a joint petition is filed, report also any separate address of either spouse

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE: **AMALIA PEREZ**

CASE NO

CHAPTER **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law

---

None
☑

b  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice

---

None
☑

c  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:  **AMALIA PEREZ**                                    CASE NO

                                                          CHAPTER  **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None
☑

    a.  If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

---

None
☑

    b.  Identify any business listed in response to subdivision a , above, that is "single asset real estate" as defined in 11 U.S.C  Section 101

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE·  **AMALIA PEREZ**

CASE NO

CHAPTER  **13**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No 5*

### DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto, consisting of _____**6**_____ sheets, and that they are true and correct.

Date _____11/20/2001_____

Signature
of Debtor     **AMALIA PEREZ**

Date _____

Signature _____
of Joint Debtor
(if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:  **AMALIA PEREZ**                                                    CASE NO

                    *Debtor(s)*                                              CHAPTER   **13**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

> *The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.*

### Chapter 7: Liquidation   ($200.00 filing fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts

2. In a Chapter 7 case, a trustee secures for the bankruptcy estate all your assets which the trustee may obtain under the applicable provisions of the Bankruptcy Code. You may claim certain of your property exempt under governing law. The trustee may then liquidate the non-exempt property as necessary and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($185.00 filing fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period of time allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect

3. Under Chapter 13, unlike Chapter 7, you may keep all of your property, both exempt and non-exempt, as long as you continue to make payments under the plan

4. After completion of payments under your plan your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations

### Chapter 11: Reorganization   ($830.00 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney

### Chapter 12: Family Farmer   ($230.00 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to Chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm

**ACKNOWLEDGEMENT**

I hereby certify that I have read this notice on this _20th_ day of _November_ , _2001_.

_____                              _____
**AMALIA PEREZ**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

IN RE: **AMALIA PEREZ**                                CASE NO

*Debtor(s)*                                CHAPTER   **13**

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. SEC. 329 AND BKRT 2016(B)

United States District Court
Southern District of Texas
FILED

NOV 2 9 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| Amount paid: | $385.00 |
| Amount to be paid through the plan: | $1,375.00 |
| Amount to be paid outside the plan: | |
| Property transferred to attorney: | None |
| Collateral held by attorney: | None |
| Source of compensation: | Current wages |

   *I certify that I am the attorney for the above named debtor, and that the compensation paid or agreed to be paid to me for services rendered or to be rendered on behalf of the Debtor in or in connections with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of filing of the petition, is as indicated above.*

   *I further certify that the Debtor has been informed and has agreed that the compensation paid shall include the following legal services: (a) All conferences with the Debtor; (b) Preparation of Petition and Schedules; (c) Attendance at 341 First Meeting and attendance at reaffirmation and/or confirmation hearings; (d) Preparation of routine motions.*

   *I have not agreed to share this compensation with any person other than members of the firm.*

Date _____11/20/01_____

_____

**WILLIAM A. CSABI**
William A. Csabi
819 N. 77 Sunshine Strip
Harlingen, TX 78550

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:  **AMALIA PEREZ**                                    CASE NO

                    *Debtor(s)*                              CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___11/20/2001_____          Signature _____
                                                                        AMALIA PEREZ

Date _____          Signature _____

ARMANDO BARRERA JR. RTA TAX
ASSR/COLL HI
PO BOX 178
EDINBURG, TX 78540-0178

ATLAS CREDIT CO
201 SO. COMMERCE
HARLINGEN, TX 78550

BEST TEXAS FINANCIAL CORPORATION
PO BOX 50191
MINNEAPOLIS, MN 55405

BUDGET LOAN
224 E. JACKSON
HARLINGEN,TX 78550

CASH AMERICAN
1600 WEST SEVENTH STREET
FORT WORHT, TX 76102
1-800-645-2199

CITI FINANCIAL MORTGAGE
1111 NORTH POINT DR.
COPPELL, TX 75019

CITIFINANCIAL
1111 NORTH POINT DR
COPPELL, TX 75019

CITIFINANCIAL
PO BOX 3048
BROWNSVILLE, TX 78523

CITIFINANCIAL
PO BOX 3048
BROWNSVILLE, TEXAS 78521

CITY OF EDINGBURG
P.O. BOX 1079
EDINGBURG, TX 78540-1079


CROSS COUNTRY BANK
PO BOX 1335
BUFFALO, NY 14240


DELTA LOAN FINANCE
222 E JACKSON
HARLINGEN, TX 78550


DIRECT MERCHANTS CREDIT
PO BOX 21849
TULSA, OK 74121-1849


ECONOMY FINANCE CO. INC
223 E. JACKSON
HARLINGEN, TX 78550


El Centro Finance
111 S. 2nd St.
Harlingen, TX 78550


Elite
214 North 1st
Harlingen,TX 78550


FINGERHUT NATIONAL BANK
PO BOX 1100
ST. CLOUD, MN 56396


FIRST CONSUMER INTL BANK
PO BOX 18008
HAUPPAUGE, NY 11788-8808

FIRST PREMIER BANK
601 SOUTH MINNESOTA AVE.
SIOUX FALLS, SD 57104


HOLIDAY FINANCE
123 W. JACKSON
HARLINGEN, TX 78550
(956) 0025

IRS
PO BOX 149047
AUSTIN, TEXAS 78714


PERSONAL CREDIT
315 E JACKSON
HARLINGEN ,TX 78550
425-8914


SECURITY FINANCE
115 WEST JACKSON
HARLINGEN, TEXAS 78550


SEVENTH AVENUE
PO BOX 2804
MONROE, WI 53566


SUN LOAN
205 SO. COMMERCE AVE
HARLINGEN, TX 78550


TEXAS STATE BANK
115 E. VAN BUREN
HARLINGEN, TX 78550


UNITED CREDIT NATIONAL BANK
2601 NW EXPRESSWAY. STE. 1000 EAST
OKLAHOMA CITY, OK 73112-7236

WELLS FARGO FINANCIAL
4143 121 ST.
URBANDALE, IA 50323


William A. Csabi
819 N. 77 Sunshine Strip
Harlingen, Texas