IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE NO. B-04-068 |
| | § | |
| SEARS, ROEBUCK AND CO. | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment. After considering the pleadings, the motion, brief in support, any response thereto, affidavits, and legally competent summary judgment evidence, the Court **GRANTS** Defendant's Motion for Summary Judgment in its entirety, and Plaintiff's suit is dismissed with prejudice to the refiling of the same, and Plaintiff Amalia Perez is directed to take nothing by way of her claims in this suit.

All relief not specifically granted is hereby DENIED.

SIGNED THIS _____ DAY OF _____, 2005.

_____
JUDGE PRESIDING

HO1 13054062.2