IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 1 1 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk Dahimwad

| | | |
|---|---|---|
| AMALIA PEREZ, | § | |
| Plaintiff, | § § § | |
| V. | § | CIVIL ACTION NO. H-03-3513 |
| SEARS, ROEBUCK AND COMPANY | § § § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendant's unopposed motion to amend its answer to assert the affirmative defenses of judicial estoppel and lack of standing. After considering the pleadings, the motion and any response thereto, the Court **GRANTS** Defendant's unopposed motion in its entirety, and hereby orders that Defendant's First Amended Answer (attached to Defendant's motion as Ex. A) is filed effective this date.

All relief not specifically granted is hereby DENIED.

SIGNED THIS 11TH DAY OF JANUARY, 2005.

HONORABLE U.S. DISTRICT COURT JUDGE
PRESIDING   MAGISTRATE

HO1 13055815.1