IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-068 |
| | § | |
| | § | JURY |
| SEARS, ROEBUCK AND COMPANY | § | |

### AFFIDAVIT OF AMALIA PEREZ

**THE STATE OF TEXAS** §
§
**COUNTY OF CAMERON** §

  BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who swore on oath that the following facts are true and correct:

  "My name is Amalia Perez. I am of sound mind, capable of making this affidavit, and fully competent to testify to the matters stated herein, and I have personal knowledge of each of the matters stated herein and said matters are true and correct.

  I am the Plaintiff in the above-entitled and numbered lawsuit. I sought the legal services of William Csabi to represent me in filing a Chapter 13 reorganization plan. I filed Chapter 13 to save my house from being foreclosed. When I first filed bankruptcy it never occurred to me that I would have to disclose the claim I had filed with the Equal Employment Opportunity Commission because I had not been given a "Right to Sue" letter.

  When I filed for Bankruptcy the second time, I filed to save my house from being foreclosed. Before I filed the second time, I told my attorney Mr. Csabi about my lawsuit against Sears prior to the Chapter 13 petition being filed. I know nothing of how Bankruptcy proceedings are run and totally relied on the expertise of Mr. Csabi. To this date I am not aware of what documents were filed along with the Bankruptcy petition. Before filing the second petition I was merely brought in to Mr. Csabi's office after the initial consultation and one of his secretaries had the petition and merely asked me to sign in several places throughout the document without explaining the document or without furnishing me a copy of said document.

      I have no motive for not disclosing the present suit in my Bankruptcy and I have no idea how disclosing or not disclosing this lawsuit would have affected my Bankruptcy reorganization. I have no idea why my attorney William Csabi would not have listed the present suit in the Bankruptcy petition. I did not receive any discharges of my debt from my Chapter 13 filings."

_____
AMALIA PEREZ

      SIGNED AND SWORN TO before me on 31 January 2005 by Amalia Perez.

_____
Notary Public, State of Texas

