IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMALIA PEREZ | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-068 |
| | § | |
| | § | JURY |
| SEARS, ROEBUCK AND COMPANY | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this day came on to be considered Defendant's Motion for Summary Judgment. After reading the pleadings on file, the arguments of Counsel and examining the summary judgment evidence presented, this Court is of the opinion that said motion shall be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is hereby DENIED.

Signed this _____ day of _____, 2005.

_____
UNITED STATES JUDGE PRESIDING