UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. |
| AMALIA PEREZ | * | |
| | * | 04-10536 |
| | * | |
| DEBTOR(S) | * | CHAPTER 13 |
| | * | |

### ORDER FOR COMPENSATION

The Court, having considered the Chapter 13 Fee Application of Debtor's attorney, **WILLIAM A. CSABI**, has concluded that the Application sets forth a sufficient factual basis in accordance with the criteria set forth in the matter of In Re First Colonial Corporation of America, 544 F.2d 1291 (5th Cir. 1977), to warrant granting the relief sought. The application is for work performed from **May 3, 2004** to **June 16, 2004**. It is therefore

ORDERED that, **WILLIAM A. CSABI**, be awarded an allowance of attorney's fees in the amount of **$2,464.00**, which includes expenses of **$279.25** as an administrative expense. This amount shall be paid as follows:

**$395.00** paid by the Debtor direct; the balance of **$2,069.00** including expenses of **$279.25** shall be paid by the trustee through the Chapter 13 Plan.

September 13, 2004
SIGNED this _____ day of



_____
UNITED STATES BANKRUPTCY JUDGE