AO 133      (Rev. 9/89) Bill of Costs

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

| Southern | District of | Texas |
|---|---|---|

APR 11 2005

Michael N. Milby
Clerk of Court

Amalia Perez

V.

Sears, Roebuck and Co.

## BILL OF COSTS

Case Number:    B-04-068

Judgment having been entered in the above entitled action on ___3/30/2005___ against ___Plaintiff___ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $1,404.00 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | $459.90 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $1,863.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: ___Richard E. Zayas___

Signature of Attorney: _____

Name of Attorney: ___Mark J. Oberti___

For: ___Sears, Roebuck and Co.___          Date: ___April 5, 2005___
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

___Michael N. Milby___          By: _____    _____
Clerk of Court                        Deputy Clerk                Date

| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

Cost Recap Summary by CostCode [24787-0⟋⟍063 - Amalia Perez (2004-002597)]                    Page 1
Client:24787 - Sears, Roebuck and Co.                                                    owland   4/4/2005 3:59:47 PM

| | C | D | E |
|---|---|---|---|
| D107C | 48.37 | 48.37 | Federal Express/Messenger |
| D9 | 315.47 | 315.47 | Plaintiffs Records |
| E101 | 459.90 | 459.90 | Copying |
| E104 | 23.00 | 23.00 | Facsimile |
| E109A | 224.20 | 212.20 | Travel |
| E111 | 51.60 | 51.60 | Meals |
| E115 | 1404.00 | 1404.00 | Deposition Transcripts |
| E124 | 30.03 | 30.03 | Other |
| | | | |
| TOTAL | 2556.57 | 2544.57 | |

Billed and Unbilled Recap Of Cost Detail - [24??-000063 - Amalia Perez (2004-002597)]
Client:24787 - Sears, Roebuck and Co.

| A | Timekeeper | B | C | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 05/24/2004 | 0588 | David J. Rowland | E101 | 2.00 | 0.09 | 0.18 | Copying (2 copies @ $0.09 per page) | 5413104 |
| 06/24/2004 | | Invoice=1012338 | | 2.00 | 0.09 | 0.18 | | |
| | | | | | | | | |
| 06/02/2004 | 0588 | David J. Rowland | E101 | 35.00 | 0.09 | 3.15 | Copying (35 copies @ $0.09 per page) | 5420810 |
| 06/24/2004 | | Invoice=1012338 | | 35.00 | 0.09 | 3.15 | | |
| | | | | | | | | |
| 06/17/2004 | 0588 | David J. Rowland | E101 | 470.00 | 0.09 | 42.30 | Copying (470 copies @ $0.09 per page) | 5431368 |
| 06/24/2004 | | Invoice=1012338 | | 470.00 | 0.09 | 42.30 | | |
| | | | | | | | | |
| 06/18/2004 | 0588 | David J. Rowland | D9 | 1.00 | 90.98 | 90.98 | Plaintiffs Records - TEXAS WORKFORCE | 5429376 |
| 06/24/2004 | | Invoice=1012338 | | 1.00 | 90.98 | 90.98 | COMMISSION | |
| | | Voucher=918140 Paid | | | | | Vendor=TEXAS WORKFORCE COMMISSION Balance= .00 Amount= 90.98 | |
| | | | | | | | Paid: 2960 06/04/2004 | |
| | | | | | | | | |
| 06/22/2004 | 0588 | David J. Rowland | E101 | 1168.00 | 0.09 | 105.12 | Copying (1,168 copies @ $0.09 per page) | 5438355 |
| 08/10/2004 | | Invoice=1026044 | | 1168.00 | 0.09 | 105.12 | | |
| | | | | | | | | |
| 07/08/2004 | 0588 | David J. Rowland | E101 | 10.00 | 0.09 | 0.90 | Copying (10 copies @ $0.09 per page) | 5451409 |
| 08/10/2004 | | Invoice=1026044 | | 10.00 | 0.09 | 0.90 | | |
| | | | | | | | | |
| 07/12/2004 | 0588 | David J. Rowland | E101 | 42.00 | 0.09 | 3.78 | Copying (42 copies @ $0.09 per page) | 5459323 |
| 08/10/2004 | | Invoice=1026044 | | 42.00 | 0.09 | 3.78 | | |
| | | | | | | | | |
| 07/19/2004 | 0588 | David J. Rowland | E101 | 4.00 | 0.09 | 0.36 | Copying (4 copies @ $0.09 per page) | 5464903 |
| 10/12/2004 | | Invoice=1050286 | | 4.00 | 0.09 | 0.36 | | |
| | | | | | | | | |
| 07/26/2004 | 0588 | David J. Rowland | E101 | 2.00 | 0.09 | 0.18 | Copying (2 copies @ $0.09 per page) | 5472596 |
| 10/12/2004 | | Invoice=1050286 | | 2.00 | 0.09 | 0.18 | | |
| | | | | | | | | |
| 07/30/2004 | 0588 | David J. Rowland | E101 | 458.00 | 0.09 | 41.22 | Copying (458 copies @ $0.09 per page) | 5471119 |
| 10/12/2004 | | Invoice=1050286 | | 458.00 | 0.09 | 41.22 | | |
| | | | | | | | | |
| 08/02/2004 | 0588 | David J. Rowland | E101 | 2.00 | 0.09 | 0.18 | Copying (2 copies @ $0.09 per page) | 5481688 |
| 10/12/2004 | | Invoice=1050286 | | 2.00 | 0.09 | 0.18 | | |
| | | | | | | | | |
| 08/03/2004 | 1030 | Mark J. Oberti | E124 | 1.00 | 30.03 | 30.03 | Other - AMERICAN EXPRESS misc. costs | 5475115 |
| 10/12/2004 | | Invoice=1050286 | | 1.00 | 30.03 | 30.03 | 6/14/04-7/6/04. | |
| | | Voucher=928155 Paid | | | | | Vendor=AMERICAN EXPRESS Balance= .00 Amount= 1258.86 | |
| | | | | | | | Paid: 532678 08/03/2004 | |
| | | | | | | | | |
| 08/20/2004 | 0588 | David J. Rowland | D9 | 1.00 | 224.49 | 224.49 | Plaintiffs Records - Carol Davis Reporting, | 5489958 |
| 10/12/2004 | | Invoice=1050286 | | 1.00 | 224.49 | 224.49 | Records | |
| | | Voucher=931825 Paid | | | | | Vendor=CAROL DAVIS REPORTING, RECORDS Balance= .00 Amount= 224.49 | |
| | | | | | | | Paid: 534564 08/20/2004 | |
| | | | | | | | | |
| 08/31/2004 | 0588 | David J. Rowland | E101 | 2.00 | 0.09 | 0.18 | Copying (2 copies @ $0.09 per page) | 5502501 |
| 10/12/2004 | | Invoice=1050286 | | 2.00 | 0.09 | 0.18 | | |
| | | | | | | | | |
| 08/31/2004 | 0588 | David J. Rowland | E104 | 4.00 | 1.00 | 4.00 | Facsimile (4 pages on 8/31/04) | 5502502 |
| 10/12/2004 | | Invoice=1050286 | | 4.00 | 1.00 | 4.00 | | |
| | | | | | | | | |
| 09/01/2004 | 0588 | David J. Rowland | E101 | 1543.00 | 0.09 | 138.87 | Copying (1,543 copies @ $0.09 per page) | 5507832 |
| 10/12/2004 | | Invoice=1050286 | | 1543.00 | 0.09 | 138.87 | | |
| | | | | | | | | |
| 09/17/2004 | 0588 | David J. Rowland | E101 | 3.00 | 0.09 | 0.27 | Copying (3 copies @ $0.09 per page) | 5519339 |
| 11/09/2004 | | Invoice=1057961 | | 3.00 | 0.09 | 0.27 | | |
| | | | | | | | | |
| 09/17/2004 | 0588 | David J. Rowland | E104 | 2.00 | 1.00 | 2.00 | Facsimile (2 pages on 9/17/04) | 5519340 |
| 11/09/2004 | | Invoice=1057961 | | 2.00 | 1.00 | 2.00 | | |
| | | | | | | | | |
| 09/29/2004 | 0588 | David J. Rowland | E101 | 12.00 | 0.09 | 1.08 | Copying (12 copies @ $0.09 per page) | 5528964 |
| 11/09/2004 | | Invoice=1057961 | | 12.00 | 0.09 | 1.08 | | |
| | | | | | | | | |
| 09/29/2004 | 0588 | David J. Rowland | E104 | 6.00 | 1.00 | 6.00 | Facsimile (6 pages on 9/29/04) | 5528965 |
| 11/09/2004 | | Invoice=1057961 | | 6.00 | 1.00 | 6.00 | | |
| | | | | | | | | |
| 09/30/2004 | 0588 | David J. Rowland | E101 | 7.00 | 0.09 | 0.63 | Copying (7 copies @ $0.09 per page) | 5532262 |
| 11/09/2004 | | Invoice=1057961 | | 7.00 | 0.09 | 0.63 | | |
| | | | | | | | | |
| 10/01/2004 | 0588 | David J. Rowland | E104 | 7.00 | 1.00 | 7.00 | Facsimile (7 pages on 10/1/04) | 5532263 |

Billed and Unbilled Recap Of Cost Detail - [24787-000063 - Amalia Perez (2004-002597)]    Page 2
Client:24787 - Sears, Roebuck and Co.    owland   4/4/2005 3:59:47 PM

| Billed | Timekeep | C | D | E | F | G | H | I |
|--------|----------|---|---|---|---|---|---|---|
| 11/09/2004 | | Invoice=1057961 | | 7.00 | 1.00 | 7.00 | | |
| | | | | | | | | |
| 10/04/2004 | 0588 | David J. Rowland | E104 | 4.00 | 1.00 | 4.00 | Facsimile (4 pages on 10/4/04) | 5536933 |
| 11/09/2004 | | Invoice=1057961 | | 4.00 | 1.00 | 4.00 | | |
| | | | | | | | | |
| 10/12/2004 | 0588 | David J. Rowland | D107C | 1.00 | 26.58 | 26.58 | Federal Express Invoice No.: 770006985 - Date | 5541809 |
| 11/09/2004 | | Invoice=1057961 | | 1.00 | 26.58 | 26.58 | Sent: 10/12/2004 - Sender: Julie Taylor - | |
| | | | | | | | Airbill: 790794983148 - Sylvia Kerr, 2818 | |
| | | | | | | | Quebec Drive, Corpus Christi, TX  78414 | |
| | | | | | | | | |
| 10/27/2004 | 1030 | Mark J. Oberti | E109A | 1.00 | 212.20 | 212.20 | Travel - AMERICAN EXPRESS airfare Harlingen | 5553984 |
| 12/08/2004 | | Invoice=1075977 | | 1.00 | 212.20 | 212.20 | 9/29/04-10/5/04. | |
| | | Voucher=947101 Paid | | | | | Vendor=AMERICAN EXPRESS  Balance= .00  Amount= 1920.94 | |
| | | | | | | | Paid: 541762  10/27/2004 | |
| | | | | | | | | |
| 11/15/2004 | 0588 | David J. Rowland | E115 | 1.00 | 1,404.00 | 1,404.00 | Deposition Transcripts - SUNBELT REPORTING & | 5567792 |
| 12/08/2004 | | Invoice=1075977 | | 1.00 | 1,404.00 | 1,404.00 | LITIGATION Depo of Amalia Perez | |
| | | Voucher=951043 Paid | | | | | Vendor=SUNBELT REPORTING & LITIGATION  Balance= .00  Amount= | |
| | | | | | | | 1404.00 | |
| | | | | | | | Paid: 543743  11/15/2004 | |
| | | | | | | | | |
| 12/10/2004 | 1030 | Mark J. Oberti | E111 | 1.00 | 51.60 | 51.60 | Meals for Mark Oberti - American Express | 5591712 |
| 02/14/2005 | | Invoice=1090696 | | 1.00 | 51.60 | 51.60 | (10/14/04 - 11/4/04) | |
| | | Voucher=957154 Paid | | | | | Vendor=AMERICAN EXPRESS  Balance= .00  Amount= 1184.31 | |
| | | | | | | | Paid: 546585  12/10/2004 | |
| | | | | | | | | |
| 12/10/2004 | 1030 | Mark J. Oberti | E109A | 1.00 | 12.00 | 12.00 | Travel (parking) for Mark Oberti - American | 5591713 |
| 02/14/2005 | | Invoice=1090696 | | 1.00 | 0.00 | 0.00 | Express (10/14/04 - 11/4/04) | |
| | | Voucher=957154 Paid | | | | | Vendor=AMERICAN EXPRESS  Balance= .00  Amount= 1184.31 | |
| | | | | | | | Paid: 546585  12/10/2004 | |
| | | | | | | | | |
| 12/14/2004 | 0588 | David J. Rowland | E101 | 160.00 | 0.09 | 14.40 | Copying (160 copies @ $0.09 per page) | 5599419 |
| 02/14/2005 | | Invoice=1090696 | | 160.00 | 0.09 | 14.40 | | |
| | | | | | | | | |
| 01/05/2005 | 0588 | David J. Rowland | E101 | 961.00 | 0.09 | 86.49 | Copying (961 copies @ $0.09 per page) | 5615451 |
| 03/02/2005 | | Invoice=1096030 | | 961.00 | 0.09 | 86.49 | | |
| | | | | | | | | |
| 02/03/2005 | 0588 | David J. Rowland | D107C | 1.00 | 12.81 | 12.81 | Federal Express Invoice No.: 536459108 - Date | 5644160 |
| 03/02/2005 | | Invoice=1096030 | | 1.00 | 12.81 | 12.81 | Sent: 02/03/2005 - Sender: McBertc - Airbill: | |
| | | | | | | | 845268732806 - Clerk, U.S. District Court - El | |
| | | | | | | | Paso Division, 600 Harrison St., 10 St. Flr., | |
| | | | | | | | Brownsville, TX  78520 | |
| | | | | | | | | |
| 02/03/2005 | 0588 | David J. Rowland | E101 | 174.00 | 0.09 | 15.66 | Copying (174 copies @ $0.09 per page) | 5644739 |
| 03/02/2005 | | Invoice=1096030 | | 174.00 | 0.09 | 15.66 | | |
| | | | | | | | | |
| 02/08/2005 | 0588 | David J. Rowland | E101 | 10.00 | 0.09 | 0.90 | Copying (10 copies @ $0.09 per page) | 5642477 |
| 03/02/2005 | | Invoice=1096030 | | 10.00 | 0.09 | 0.90 | | |
| | | | | | | | | |
| 02/22/2005 | 0588 | David J. Rowland | E101 | 45.00 | 0.09 | 4.05 | Copying | 5662463 |
| | | | | | | | | |
| 02/22/2005 | 0588 | David J. Rowland | D107C | 1.00 | 8.98 | 8.98 | Federal Express/Messenger | 5663463 |
| | | | | | | | Inv#: 539016244 | |
| | | | | | | | Date Sent: 02/22/2005 | |
| | | | | | | | Sender: Julie Taylor | |
| | | | | | | | Airbill: 791556057113 | |
| | | | | | | | Clerk US District Court | |
| | | | | | | | US District Court - Brownsvill | |
| | | | | | | | 600 Harrison Street | |
| | | | | | | | BROWNSVILLE, TX  78520 | |
| | | | | | | | | |
| | | UNBILLED TOTALS:   W | | | | 13.03 | 2 records | |
| | | UNBILLED TOTALS: | | | | 13.03 | | |
| | | | | | | | | |
| | | BILLED TOTALS:   W | | | | 2,543.54 | 33 records | |
| | | BILLED TOTALS:   BI | | | | 2,531.54 | | |
| | | | | | | | | |
| | | GRAND TOTAL:   W | | | | 2,556.57 | 35 records | |
| | | GRAND TOTAL:   BIL | | | | 2,544.57 | | |